# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| LIONEL A. NIMA NGAPEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MAINE WORKERS )<br>COMPENSATION BOARD, )<br>)<br>Defendant. | Docket No. 2:22-cv-00078-NT |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On April 12, 2022, the United States Magistrate Judge filed with the Court, with copies to the parties, his Recommended Decision (ECF No. 6) recommending dismissal of the Plaintiff's Complaint (ECF No. 1). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the Plaintiff that failure to object would waive his right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED** and the Plaintiff's Complaint is **DISMISSED**.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 4th day of May, 2022.